**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**NYARKO DIKOH**

**VS.**

**ANGEL WOLFE, ET AL.**

**CIVIL ACTION NO. 26-1138**

**SECTION P**

**JUDGE ROBERT R. SUMMERHAYS**

**MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Nyarko Dikoh's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

LAFAYETTE, LOUISIANA, this 6th day of July, 2026.

_____

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE